UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOHNSON, DENNIS CARNES, RONALD HUMES, and LORI OWEN, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

FCA US, LLC,

    Defendant.

Case No. 22-10494
Honorable Laurie J. Michelson

# JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 20th day of March 2023, in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

By:   s/Erica Parkin
       DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: March 20, 2023